IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BARKER FREENEY, | ) | |
| AIS #270785, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10-CV-372-TMH |
| | ) | [WO] |
| | ) | |
| | ) | |
| THE MAKERS OF DEPOKOTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the

plaintiff (Court Doc. No. 3), and as the plaintiff is in violation of the "three strikes" provision

of 28 U.S.C. § 1915(g), *see Freeney v. State of Alabama, et al.*, Case No. 2:10-CV-371-ID-

TFM (M.D. Ala. 2010), *Freeney v. State of Alabama*, Case No. 2:10-CV-347-TMH-TFM

(M.D. Ala. 2010), and *Freeney v. Price*, Case No. 2:10-CV-346-ID-TFM (M.D. Ala. 2010),

it is

ORDERED that the motion for leave to proceed *in forma pauperis* be and is hereby

DENIED.

Done this 18th day of June, 2010.


_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE