IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD BARKER FREENEY, ) | |
| AIS #270785, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10-CV-372-TMH |
| ) | [WO] |
| ) | |
| THE MAKERS OF DEPOKOTE, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On April 30, 2010, Richard Barker Freeney ["Freeney"], a state inmate and frequent litigant in this court, filed the instant 42 U.S.C. § 1983 action regarding alleged adverse reactions to medications prescribed for him in 2003 while he resided in the free world. Upon review of the initial complaint, the court deemed it necessary that Freeney file an amended complaint and therefore entered an order directing him to undertake such action on or before June 11, 2010.  *Order of May 13, 2010 - Court Doc. No. 4*.  The court specifically cautioned Freeney that his "fail[ure] to comply with the directives of this order" would result in entry of a Recommendation "that this case be dismissed." *Id*. at 2. As of the present date, Freeney has failed to file an amended complaint or any other response to the aforementioned order. The court therefore concludes that this case should be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to file an amended complaint in

accordance with the directive of the orders entered in this case.  It is further

ORDERED that on or before July 9, 2010 the parties may file objections to the Recommendation.  Any objection must specifically identify the findings in the Recommendation objected to.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth Circuit issued prior to September 30, 1981.

Done this 21st day of June, 2010.

                                              /s/  Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE