THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BARKER FREENEY, | ) | |
| AIS #270785, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-372-TMH |
| | ) | WO |
| THE MAKERS OF DEPOKOTE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 21, 2010, the Magistrate Judge filed a Recommendation (Doc. 6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 6) of the Magistrate Judge is ADOPTED, and

2. This case be DISMISSED without prejudice for failure of the plaintiff to file an amended complaint in accordance with the directive of the orders entered in this case.

Done this 20th day of September, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE